# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED JUN 9 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY WPL DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ANGEL ADRIAN MORALES-PIMENTEL
          Defendant.

CASE NO. 17-CR-00357-GPC

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, with prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1)-Possession of Methamphetamine with Intent to Distribute(1),

21:841(a)(1) - Possession of Heroin with Intent to Distribute (2)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/6/17

_____
Nita L. Stormes
U.S. Magistrate Judge